UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CINDY SHOOK, )
        Plaintiff, )
 )
v. )   **JUDGMENT**
 )
 )   No. 5:20-CV-122-FL
KILOLO KIJAKAZI, Acting Commissioner )
of Social Security, )
        Defendant. )
 )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 19, 2021, it is ordered that defendant pay to plaintiff $5,300.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on August 25, 2021, and Copies To:**
Vaughn Stephen Clauson (via CM/ECF Notice of Electronic Filing)
Amanda B. Gilman (via CM/ECF Notice of Electronic Filing)

August 25, 2021               PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk